**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6474**

———————

SHADRECK ABDUL BASHSHAR KITAYATUTHELEZI, a/k/a
Norman Hayes,

Plaintiff - Appellant,

versus

WILLIAM MARTIN, Lieutenant; ROBERT T. PORSCHE,
Sergeant; KENNETH MANIGO, Sergeant; KEVIN
TAYLOR, Officer; EDWARD SHROPSHIRE, Officer;
BLOCKER, Correctional Officer; HENRY BRUNSON,
Officer; SANDY STANLEY, Nurse; JANE DOE,
Nurse,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence. C. Weston Houck, Chief District Judge.
(CA-98-953-4-12BC)

———————

Submitted: June 17, 1999          Decided: June 23, 1999

———————

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Shadreck Abdul Bashshar Kitayatuthelezi, Appellant Pro Se. Andrew
Frederick Lindemann, DAVIDSON, MORRISON & LINDEMANN, P.A., Colum-
bia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Shadreck Abdul Bashshar Kitayatuthelezi appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Kitayatuthelezi v. Martin</u>, No. CA-98-953-4-12BC (Mar. l8, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>